IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL F. MITCHELL, :
    Plaintiff :
 : No. 1:19-cv-358
    v. :
 : (Judge Kane)
KEVIN KAUFFMAN, et al., :
    Defendants :

## ORDER

**AND NOW**, on this 16th day of April 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's complaint (Doc. No. 2), is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

2. Plaintiff may file an amended complaint that corrects the deficiencies identified in the accompanying Memorandum within thirty (30) days of the date of this Order;[1] and

3. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form.

           s/ Yvette Kane
           Yvette Kane, District Judge
           United States District Court
           Middle District of Pennsylvania

---

[1] If Plaintiff fails to file an amended complaint within thirty (30) days of the date of this Order, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).